# MEMORANDUM

# FILED

<u>TO</u>: Honorable Alice M. Batchelder
Sixth Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

2005 AUG 30 A 10: 53

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____ .DEPT CLERK

**FROM**: U.S. District Judge Curtis L. Collier

**SUBJECT**: Advance Authorization for Investigative, Expert or Other Services

It is requested that advance authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. § 3006A, as follows:

**Case Name & Designation**: USA vs. Cecila Nieto - 1:05-cr-6

**Name of Expert or Investigator**: Marc Lawrence

**Address**: 1010 Market Street, Suite 204, Chattanooga, TN - 423/488-7015

**Type of Expert**: Investigator

**Reason for Application**: The reason for the application is set out in the attached Motion for Authorization of Additional Investigative Expenses and Supplemental Affidavit. Counsel for defendant has advised that it is projected that further investigative services will require an additional cost of $2,000.00, for a total approved amount not to exceed $3,600.00.

**Estimated Compensation**. $3,600.00

I certify that the estimated compensation in excess of the maximum set forth in subsection (e)(3) of the Criminal Justice Act appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this advance authorization in the amount of an additional $2,000.00.

See Carter, united States
Magistrate Judge

**U.S. District Judge Curtis L. Collier**        7 - 13 - 05
                                                  **Date**

**Honorable Alice M. Batchelder**                8 - 22 - 05
**U.S. Court of Appeals**                         **Date**